UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MCCOMB CHILDREN'S CLINIC, LTD.                                                                    PLAINTIFF

V.                                                                           CIVIL ACTION NO. 5:24-cv-48-KS-LGI

XAVIER BECERRA, ET AL.                                                                          DEFENDANTS

ORDER TO REASSIGN

BY AGREEMENT OF THE JUDGES, pursuant to Section IV of Internal Rule 1, as amended effective March 1, 2024, in order to equitably manage and distribute the caseload of the Court, and to assure prompt and expeditious handling of the court docket, the Court finds that the above-captioned criminal case should be, and hereby is, reassigned to United States District Judge Louis Guirola, Jr.

IT IS FURTHER ORDERED that the present Magistrate Judge assignment for this case will remain unchanged.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2024.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE
