IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

McCOMB CHILDREN'S CLINIC, LTD.,
a Mississippi Corporation                          PLAINTIFF

v.                        CIVIL ACTION NO.: 5:24-cv-48-LG-ASH

XAVIER BECERRA, in his official
capacity as Secretary of the United
States Department of Health and
Human Services; UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; MELANIE FONTES
RAINER, in her official capacity as
Director of the Office for Civil Rights
of the United States Department of
Health and Human Services; and
OFFICE FOR CIVIL RIGHTS OF THE
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES                        DEFENDANTS

## NOTICE OF APPEARANCE

James E. Graves, III, Assistant United States Attorney, hereby enters his appearance as counsel for the Defendants.

Date: June 10, 2024

                                               TODD W. GEE
                                               United States Attorney for the
                                               Southern District of Mississippi

                                               *s/ James E. Graves, III*
                                               James E. Graves, III
                                               Assistant United States Attorney
                                               501 East Court Street, Suite 4.430
                                               Jackson, Mississippi 39201
                                               Telephone: (601) 965-4480
                                               Facsimile: (601) 965-4032
                                               Email: James.Graves@usdoj.gov
                                               MS Bar No. 102252