IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

| | |
|---|---|
| MCCOMB CHILDREN'S CLINIC, LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 5:24-cv-00048-LG-ASH |
| XAVIER BECERRA, in his official Capacity as Secretary of the United States Department of Health and Human Services, *et al.*, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT MOTION FOR AN EXTENSION OF TIME

The parties respectfully request an order modifying the briefing schedule and extending current deadlines addressing Plaintiff's Motion for Partial Summary Judgment, ECF No. 27. Specifically, the parties request that the Court impose the following deadlines:

- <u>October 22, 2024</u>: Defendants' deadline for responding to Plaintiff's Motion for Partial Summary Judgment, ECF No. 27.

- <u>October 31, 2024</u>: Plaintiff's deadline for filing a reply in support of its Motion for Partial Summary Judgment, ECF No. 27.

Good cause supports the parties' request:

On September 18, 2024, the Court denied Defendants' motion for a stay of proceedings and issued an order setting October 15, 2024, as Defendants' deadline for responding to Plaintiff's Motion for Partial Summary Judgment, ECF No. 27; and October 22, 2024, as Plaintiff's deadline for filing a reply in support of its Motion for Partial Summary Judgment, ECF No. 27.  ECF No. 34.

1

A short extension of the current deadlines is necessary due to the press of business, the amount of time required to provide the Court with robust and sufficient briefing on the important issues raised in Plaintiff's motion, the nationwide scope of the relief requested by Plaintiff, and the need for review of Defendants' briefing within the Executive Branch.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court enter an order extending Defendants' time to respond to Plaintiff's Motion for Summary Judgment up to and including October 22, 2024; and extending Plaintiff's time to file a reply in support of its Motion for Partial Summary Judgment up to and including October 31, 2024.

Dated: October 10, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*

Matthew S. Bowman, PHV 60348
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org

D. Michael Hurst, Jr., MB 99990
Nash E. Gilmore, MB 105554
Phelps Dunbar LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
Telephone: (601) 352-2300
Facsimile: (601) 360-9777
mike.hurst@phelps.com

Julie Marie Blake, PHV 60378  nash.gilmore@phelps.com
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

Counsel for Plaintiff McComb Children's Clinic, LTD.