### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

McCOMB CHILDREN'S
CLINIC, LTD.                                                          PLAINTIFF

v.                                                    CAUSE NO. 5:24CV48-LG-ASH

DR. DOROTHY A. FINK, in her
official capacity as Acting Secretary
of the United States Department of
Health and Human Services, et al.                                  DEFENDANTS

### ORDER SUBSTITUTING PARTIES

This matter is before the Court sua sponte pursuant to Fed. R. Civ. P. 25(d).

Xavier Becerra is not a proper party to this lawsuit because he no longer serves as

Secretary of the United States Department of Health and Human Services.  In

addition, Melanie Fontes Rainer is not a proper party to this lawsuit because she no

longer serves as Director of the Office for Civil Rights of the United States

Department of Health and Human Services.  When a public officer who is sued in

his official capacity ceases to hold office while a lawsuit is pending, the officer's

successor is automatically substituted as a party.  Fed. R. Civ. P. 25(d).  Therefore,

Dr. Dorothy A. Fink, who currently serves as Acting Secretary of the United States

Department of Health and Human Services, is hereby substituted for Xavier

Becerra as a defendant to this lawsuit.  And, Anthony Archeval, who currently

serves as Acting Director of the Office for Civil Rights of the United States

Department of Health and Human Services, is hereby substituted for Melanie

Fontes Rainer as a defendant to this lawsuit.

-2-

**IT IS THEREFORE ORDERED AND ADJUDGED** that Dr. Dorothy A. Fink in her official capacity as Acting Secretary of the United States Department of Health and Human Services is **SUBSTITUTED** for Xavier Becerra.

**IT IS FURTHER ORDERED AND ADJUDGED** that Anthony Archeval in his official capacity as Acting Director of the Office for Civil Rights of the United States Department of Health and Human Services is **SUBSTITUTED** for Melanie Fontes Rainer.

**SO ORDERED AND ADJUDGED** this the 12th day of February, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE