IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**McCOMB CHILDREN'S
CLINIC, LTD., a Mississippi
Corporation**                                                                 **PLAINTIFF**

**v.**                                               **CAUSE NO. 5:24CV48-LG-ASH**

**ROBERT F. KENNEDY, JR.,
in his official capacity as
Secretary of the United States
Department of Health and Human
Services, et al.**                                              **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order, which is entered herewith, the Court hereby enters this Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** pursuant to the mootness doctrine.

**SO ORDERED AND ADJUDGED** this the 5th day of February, 2026.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    UNITED STATES DISTRICT JUDGE